# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:16−cv−10006−LJM−SDD

| | |
|---|---|
| United States of America v. Volkswagen AG et al | Date Filed: 01/04/2016 |
| Assigned to: District Judge Laurie J. Michelson | Date Terminated: 01/15/2016 |
| Referred to: Magistrate Judge Stephanie Dawkins Davis | Jury Demand: None |
| Cause: Civil Miscellaneous Case | Nature of Suit: 893 Environmental Matters |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**　　　represented by　**Josh H. Van Eaton**
U.S. Department of Justice
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
202−514−5474
Email: josh.van.eaton@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Bethany Engel**
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
202−514−6892
Email: bethany.engel@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Center for Auto Safety**　　　represented by　**Jaye Quadrozzi**
*Intervening Plaintiff, Center for Auto Safety et al*
Young & Associates
27725 Stansbury Blvd
Suite 125
Farmington Hills, MI 48334
248−353−8620
Email: efiling@youngpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Volkswagen AG**

**Defendant**

**Audi AG**

**Defendant**

**Volkswagen Group of America, Inc.**

**Defendant**

**Volkswagen Group of America Chattanooga Operations LLC**

**Defendant**

**Porsche AG**

**Defendant**

**Porsche Cars North America, Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/04/2016 | Ï 1 | COMPLAINT filed by United States of America against All Defendants. Plaintiff requests summons issued. No Fee Required – US Government. County of 1st Plaintiff: USA – County Where Action Arose: USA – County of 1st Defendant: Out of Country. [Previously dismissed case: No] [Possible companion case(s): United States District Court for the Northern District of California, 3:15−md−02672, Judge Honorable Charles R. Breyer] (Engel, Bethany) (Entered: 01/04/2016) |
| 01/04/2016 | Ï 2 | NOTICE by United States of America (Engel, Bethany) (Entered: 01/04/2016) |
| 01/04/2016 | Ï | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (LGra) (Entered: 01/04/2016) |
| 01/04/2016 | Ï 3 | SUMMONS Issued for * All Defendants * (LGra) (Entered: 01/04/2016) |
| 01/04/2016 | Ï 4 | MOTION to Intervene by Center for Auto Safety. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Proposed Complaint, # 3 Exhibit Ex. 1 to Proposed Complaint, # 4 Exhibit Ex. 2 to Proposed Complaint) (Quadrozzi, Jaye) (Entered: 01/04/2016) |
| 01/05/2016 | Ï | Text−Only Order of reassignment from Magistrate Judge Michael J. Hluchaniuk to Magistrate Judge Stephanie Dawkins Davis pursuant to Administrative Order. (SSch) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 5 | NOTICE of Appearance by Josh H. Van Eaton on behalf of United States of America. (Van Eaton, Josh) (Entered: 01/05/2016) |
| 01/08/2016 | Ï 6 | WAIVER OF SERVICE Returned Executed. Volkswagen AG waiver sent on 1/5/2016, answer due 4/4/2016. (Engel, Bethany) (Entered: 01/08/2016) |
| 01/08/2016 | Ï 7 | WAIVER OF SERVICE Returned Executed. Audi AG waiver sent on 1/5/2016, answer due 4/4/2016. (Engel, Bethany) (Entered: 01/08/2016) |
| 01/08/2016 | Ï 8 | |

| | | |
|---|---|---|
| | | WAIVER OF SERVICE Returned Executed. Volkswagen Group of America, Inc. waiver sent on 1/5/2016, answer due 3/7/2016. (Engel, Bethany) (Entered: 01/08/2016) |
| 01/08/2016 | 9 | WAIVER OF SERVICE Returned Executed. Volkswagen Group of America Chattanooga Operations LLC waiver sent on 1/5/2016, answer due 3/7/2016. (Engel, Bethany) (Entered: 01/08/2016) |
| 01/15/2016 | 10 | MDL Certified Conditional Transfer Order (CTO–14) for MDL # 2672. [Informational Copy] (SSch) (Entered: 01/15/2016) |
| 01/15/2016 | 11 | MDL Certified Conditional Transfer Order (CTO–14) to Northern District of California for MDL # 2672. (SSch) (Entered: 01/15/2016) |
| 01/15/2016 | 12 | NOTICE of Transfer to the Northern District of California for MDL 2672. (SSch) (Entered: 01/15/2016) |