UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*United States v. Volkswagen AG et al.*, Case No. 16-cv-295 (N.D. Cal.) | MDL No. 2672 CRB (JSC)<br><br>**ORDER APPROVING MODIFICATIONS TO INDIAN TRIBE TRUST AGREEMENT** |

Having reviewed and considered the United States' and Trustee's joint request for Court approval of modifications to the Environmental Mitigation Trust Agreement for Indian Tribe Beneficiaries ("Trust Agreement"), the Court:

(1) **GRANTS** the joint request, and hereby approves, in accordance with Paragraph 6.5 of the Trust Agreement, the modifications to the Trust Agreement and all the terms and conditions thereof (appended to the joint request as Attachment A) ("Modified Trust Agreement");

(2) **ORDERS** that the Modified Trust Agreement shall become effective on the later of the date of this Order or 30 days from the date the Trustee gave notice of the Modified Trust Agreement to Beneficiaries pursuant to Paragraph 6.5 thereof ("Trust Modification Effective Date"). Upon the Trust Modification Effective Date, the Modified Trust Agreement supersedes the Trust Agreement filed with the Court on October 2, 2017 (Dkt. No. 51-2) and all other modifications thereto and, as of the Trust Modification Effective Date, shall constitute the legal, valid, and binding rights, duties, and obligations of all parties thereto. The Court directs the Trustee and the Settling Defendants to commence performance of their obligations in accordance with the terms of the Modified Trust Agreement immediately upon the Trust Modification Effective Date; and

(3) **ORDERS** that the Trustee terminate the Trust in accordance with Paragraph 6.8 of the Trust Agreement.

**IT IS SO ORDERED.**

Dated: November 21, 2023

_____
CHARLES R. BREYER
United States District Judge